IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

CIVIL ACTION NO. 1:13-cv-00418-CCE-JEP

| | |
|---|---|
| LATASHA SALES, individually and on behalf of all others similarly situated, ) ) ) Plaintiffs, ) ) vs. ) ) AMERICAN SUPPORT, INC. and ) INSPERITY PEO SERVICES, L.P., ) *formerly known as* Administaff ) Companies II, L.P., ) ) Defendants. ) | **NOTICE OF APPEARANCE OF PATRICIA L. HOLLAND** |

The undersigned counsel, Patricia L. Holland, of the law firm of Jackson Lewis LLP, hereby provides notice to the Court and all parties and their counsel that she shall appear as counsel of record in this action on behalf of INSPERITY PEO SERVICES, L.P.

Please direct copies of all pleadings, notices, calendars, and other documents regarding this matter to Patricia L. Holland through the CM/ECF electronic service system or first class mail.

Respectfully submitted this the 18th day of June, 2013.

JACKSON LEWIS LLP

BY: */s/ Patricia L. Holland*
 PATRICIA L. HOLLAND
 N. C. State Bar No. 8816
 *Attorney for Def. Insperity PEO Services, L.P.*
 1400 Crescent Green, Suite 215
 Cary, NC 27518
 Telephone: (919) 854-0044
 Facsimile: (919) 854-0908
 Email: patricia.holland@jacksonlewis.com

2

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

CIVIL ACTION NO. 1:13-cv-00418-CCE-JEP

| | |
|---|---|
| LATASHA SALES, individually and on behalf of all others similarly situated, ) ) ) Plaintiffs, ) ) vs. ) ) AMERICAN SUPPORT, INC. and ) INSPERITY PEO SERVICES, L.P., ) *formerly known as* Administaff ) Companies II, L.P., ) ) Defendants. ) | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on June 18, 2013, the foregoing *Notice of Appearance of Patricia L. Holland* was electronically filed with the Clerk of the Court, using the Court's CM/ECF system, which will send notification of such filing as follows:

*Leonard A. Bennett, Esq.*
*Consumer Litigation Associates, P.C.*
*763 J. Clyde Morris Boulevard, Suite 1A*
*Newport News, VA 23601*
*lenbennett@clalegal.com*
*Attorney for Plaintiffs*

JACKSON LEWIS LLP

BY: /s/ Patricia L. Holland
PATRICIA L. HOLLAND
N. C. State Bar No. 8816
*Attorney for Def. Insperity PEO Services, L.P.*
1400 Crescent Green, Suite 215
Cary, NC 27518
Telephone: (919) 854-0044
Facsimile: (919) 854-0908
Email: patricia.holland@jacksonlewis.com

4820-7727-4132, v. 1