IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

CIVIL ACTION NO. 1:13-cv-00418-CCE-JEP

| | |
|---|---|
| LATASHA SALES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN SUPPORT, INC. and INSPERITY PEO SERVICES, L.P., *formerly known as* Administaff Companies II, L.P.,<br><br>Defendants. | **MOTION OF DEFENDANT INSPERITY PEO SERVICES, L.P. FOR EXTENSION OF TIME TO MOVE, SERVE AN ANSWER, OR OTHERWISE PLEAD** |

NOW COMES Defendant, INSPERITY PEO SERVICES, L.P. (hereinafter "Defendant" or "Insperity"), by and through its undersigned counsel, and hereby moves this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an order enlarging the time allowed to move, serve an answer, or otherwise plead to Plaintiffs' Complaint. In support of this motion, Defendant shows unto this Court the following:

1. The Plaintiffs' Complaint was filed with this Court on May 23, 2013.

2. Upon information and belief, Defendant Insperity PEO Services, L.P., was served with the Summons and Complaint on or about May 28, 2013.

3. Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant's Answer or other responsive pleading is due to be filed no later than June 18, 2013. Thus, the time has not yet expired for Defendant to move, serve an Answer, or otherwise plead.

4. There is information which needs to be reviewed before the undersigned will be in a position to adequately prepare and serve responsive pleadings and, therefore, Defendant requests an additional thirty (30) days within which to move, serve an Answer, or otherwise plead to Plaintiff's Complaint, up to and including July 18, 2013.

5. Plaintiffs' counsel, Leonard A. Bennett, has been consulted and has consented to a thirty (30) day extension of time for the Defendant to move, serve an Answer, or otherwise plead.

6. This Motion is filed in good faith for the reasons stated and not for purposes of delay.

**WHEREFORE**, Defendant Insperity PEO Services, L.P., respectfully requests that its Motion for an enlargement of time to move, serve an Answer, or otherwise plead be granted, and that Defendant be allowed up to and including the 18th day of July, 2013, within which to move, serve an Answer, or otherwise plead to Plaintiffs' Complaint.

Respectfully submitted this the 18th day of June, 2013.

                        JACKSON LEWIS LLP

                        BY: */s/ Patricia L. Holland*
                              PATRICIA L. HOLLAND
                              N.C. State Bar No. 8816
                              1400 Crescent Green, Suite 215
                              Cary, NC 27518
                              Telephone: (919) 854-0044
                              Facsimile: (919) 854-0908
                              Email: patricia.holland@jacksonlewis.com

KEVIN D. HOLDEN
Two James Center
1021 East Cary Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 649-0404
Facsimile: (804) 649-0403
Email: kevin.holden@jacksonlewis.com
***ATTORNEYS FOR DEFENDANT
INSPERITY PEO SERVICES, L.P.***

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

CIVIL ACTION NO. 1:13-cv-00418-CCE-JEP

| | |
|---|---|
| LATASHA SALES, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN SUPPORT, INC. and INSPERITY PEO SERVICES, L.P., *formerly known as* Administaff Companies II, L.P., <br><br> Defendants. | **CERTIFICATE OF SERVICE** |

  The undersigned certifies that on June 18, 2013, the foregoing *Motion of Defendant Insperity PEO Services, L.P., for an Extension of Time to Move, Serve an Answer, or Otherwise Plead* was electronically filed with the Clerk of the Court, using the Court's CM/ECF system, which will send notification of such filing as follows:

*Leonard A. Bennett, Esq.*
*Consumer Litigation Associates, P.C.*
*763 J. Clyde Morris Boulevard, Suite 1A*
*Newport News, VA 23601*
*lenbennett@clalegal.com*
*Attorney for Plaintiffs*

JACKSON LEWIS LLP

BY:  /s/ Patricia L. Holland
   PATRICIA L. HOLLAND
   N. C. State Bar No. 8816
   *Attorney for Def. Insperity PEO Services, L.P.*
   1400 Crescent Green, Suite 215
   Cary, NC 27518
   Telephone: (919) 854-0044
   Facsimile: (919) 854-0908
   Email: patricia.holland@jacksonlewis.com

4817-2528-0276, v. 1