IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

CIVIL ACTION NO. 1:13-cv-00418-CCE-JEP

| | |
|---|---|
| LATASHA SALES, individually and on behalf of all others similarly situated, ) ) ) Plaintiffs, ) vs. ) ) AMERICAN SUPPORT, INC. and ) INSPERITY PEO SERVICES, L.P., ) *formerly known as* Administaff ) Companies II, L.P., ) ) Defendants. ) | **ORDER** |

This cause being heard by the undersigned Clerk on the Motion of Defendant, Insperity PEO Services, L.P. for an extension of time within which to move, serve an Answer, or otherwise plead to the Complaint in this matter, up to and including the 18th day of July, 2013, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure; and

It appearing to the Court that the time to move, serve an Answer or otherwise plead has not expired; and that said Motion should be allowed;

**IT IS THEREFORE ORDERED** that the time for Defendant Insperity PEO Services, L.P., to move, serve an Answer, or otherwise plead is and shall be extended up to and including July 18, 2013.

This the ____ day of June, 2013.

                                                                                        _____
                                                                                        CLERK
                                                                                        UNITED STATES DISTRICT COURT

4826-3190-5300, v. 1