IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

CIVIL ACTION NO. 1:13-cv-00418-CCE-JEP

| | |
|---|---|
| LATASHA SALES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN SUPPORT, INC. and INSPERITY PEO SERVICES, L.P., *formerly known as* Administaff Companies II, L.P.,<br><br>Defendants. | **NOTICE OF SPECIAL APPEARANCE OF KEVIN D. HOLDEN** |

**PLEASE TAKE NOTICE** that Kevin D. Holden will appear as additional counsel for Defendant INSPERITY PEO SERVICES, L.P., in the above-captioned matter, pursuant to Local Rule 83.1(d)(1).

Kevin D. Holden is currently a member in good standing of the bar of the highest court of Richmond, Virginia. He is also admitted to practice in the United States District Court for the Eastern District of Virginia and Western District of Virginia. No disciplinary proceedings are pending against Kevin D. Holden in any jurisdiction, and no discipline has previously been imposed on him in any jurisdiction.

His business address is Two James Center, 1021 East Cary Street, Suite 1200, Richmond, Virginia 23219; email address: kevin.holden@jacksonlewis.com

This appearance is in association with Patricia L. Holland, a member of the bar of this Court who has also entered an appearance in this case.

Respectfully submitted this the 18th day of June, 2013.

                            JACKSON LEWIS LLP

        BY:   */s/ Patricia L. Holland*
                PATRICIA L. HOLLAND
                N. C. State Bar No. 8816
                1400 Crescent Green, Suite 215
                Cary, NC 27518
                Telephone: (919) 854-0044
                Facsimile: (919) 854-0908
                Email: patricia.holland@jacksonlewis.com

                KEVIN D. HOLDEN
                Two James Center
                1021 East Cary Street, Suite 1200
                Richmond, VA 23219
                Telephone: (804) 649-0404
                Facsimile: (804) 649-0403
                Email: kevin.holden@jacksonlewis.com
                ***ATTORNEYS FOR DEFENDANT***
                ***INSPERITY PEO SERVICES, L.P.***

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

CIVIL ACTION NO. 1:13-cv-00418-CCE-JEP

| | |
|---|---|
| LATASHA SALES, individually and on behalf of all others similarly situated, ) ) ) Plaintiffs, ) ) vs. ) ) AMERICAN SUPPORT, INC. and ) INSPERITY PEO SERVICES, L.P., ) *formerly known as* Administaff ) Companies II, L.P., ) ) Defendants. ) | **CERTIFICATE OF SERVICE** |

    The undersigned certifies that on June 18, 2013, the foregoing *Notice of Special Appearance of Kevin D. Holden* was electronically filed with the Clerk of the Court, using the Court's CM/ECF system, which will send notification of such filing as follows:

*Leonard A. Bennett, Esq.*
*Consumer Litigation Associates, P.C.*
*763 J. Clyde Morris Boulevard, Suite 1A*
*Newport News, VA 23601*
*lenbennett@clalegal.com*
*Attorney for Plaintiffs*

JACKSON LEWIS LLP

BY:   /s/ Patricia L. Holland
        PATRICIA L. HOLLAND
        N. C. State Bar No. 8816
        *Attorney for Def. Insperity PEO Services, L.P.*
        1400 Crescent Green, Suite 215
        Cary, NC 27518
        Telephone: (919) 854-0044
        Facsimile: (919) 854-0908
        Email: patricia.holland@jacksonlewis.com

4828-4922-2676, v. 1