# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk          June 18, 2013          TELEPHONE:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6000

Kevin D. Holden
Two James Center
1021 East Cary Street, Suite 1200
Richmond, VA 23219

Dear Mr. Holden,

    Re: [Middle District Case #1:13CV418, Latasha Sales. v. American Support, Inc., et al.

    A civil complaint was filed in this court on 05/23/2013. As attorney of record for the defendant all future pleadings filed in this case must be signed by counsel who are registered e-filers. As of this date you are not a registered e-filer.

    This is to inform you that you must register as an e-filer within 30 days. The Judges in this Court have authorized notification requiring you to electronically submit all future filings via the Internet using our Case Management/Electronic Case Filing System (CM/ECF).

    If you need additional information concerning registering, please visit our website at www.ncmd.uscourts.gov. The ECF Registration form must be completed and signed with an original signature and mailed to the attention of Billy Crumley, Office of the Clerk, U.S. District Court, PO Box 2708, Greensboro, NC 27402. If you have any questions please call Billy Crumley at 336-332-6003.

    Sincerely,

    JOHN S. BRUBAKER, CLERK

    By: /s/ Abby Taylor
            Deputy Clerk

JB/at