IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

CIVIL ACTION NO. 1:13-cv-00418-CCE-JEP

| | |
|---|---|
| LATASHA SALES, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| AMERICAN SUPPORT, INC. and INSPERITY PEO SERVICES, L.P., *formerly known as* Administaff Companies II, L.P., | ) ) ) ) ) |
| Defendants. | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL CORPORATE PARTY. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

<u>Insperity PEO Services, L.P.</u>    who is    <u>Defendant</u>
(Name of Party)                                    (Plaintiff/moving party or Defendant)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
    ☐ YES        ☒ NO

2. Does party have any parent corporations?
    ☐ YES        ☒ NO

    If yes, identify all parent corporations, including grandparent or great-grandparent corporations: **N/A**

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?
☐ YES   ☒ NO

If yes, identify all such owners: **N/A**

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
☒ YES   ☐ NO

If yes, identify entity and nature of interest:

**Insperity, Inc. owns Insperity PEO Services, L.P., through wholly-owned, non-publicly held subsidiaries. Insperity, Inc. (f/k/a Administaff, Inc.) is a publicly held corporation whose stock is traded on the New York Stock Exchange under the symbol NSP.**

Respectfully submitted this the 24th day of June, 2013.

        JACKSON LEWIS LLP

BY: */s/ Patricia L. Holland*
      PATRICIA L. HOLLAND
      N.C. State Bar No. 8816
      1400 Crescent Green, Suite 215
      Cary, NC 27518
      Telephone: (919) 854-0044
      Facsimile: (919) 854-0908
      Email: patricia.holland@jacksonlewis.com

      KEVIN D. HOLDEN
      Two James Center
      1021 East Cary Street, Suite 1200
      Richmond, VA 23219
      Telephone: (804) 649-0404
      Facsimile: (804) 649-0403
      Email: kevin.holden@jacksonlewis.com
      *ATTORNEYS FOR DEFENDANT*
      *INSPERITY PEO SERVICES, L.P.*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

CIVIL ACTION NO. 1:13-cv-00418-CCE-JEP

| | |
|---|---|
| LATASHA SALES, individually and on behalf of all others similarly situated, )<br><br>Plaintiffs, )<br>vs. )<br>)<br>AMERICAN SUPPORT, INC. and )<br>INSPERITY PEO SERVICES, L.P., )<br>*formerly known as* Administaff )<br>Companies II, L.P., )<br>)<br>Defendants. ) | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on June 24, 2013, the foregoing *Disclosure of Corporate Affiliations and Other Entities With a Direct Financial Interest in Litigation* was electronically filed with the Clerk of the Court, using the Court's CM/ECF system, which will send notification of such filing as follows:

*Leonard A. Bennett, Esq.*
*Consumer Litigation Associates, P.C.*
*763 J. Clyde Morris Boulevard, Suite 1A*
*Newport News, VA 23601*
*lenbennett@clalegal.com*
*Attorney for Plaintiffs*

JACKSON LEWIS LLP

BY: /s/ Patricia L. Holland
PATRICIA L. HOLLAND
N. C. State Bar No. 8816
*Attorney for Def. Insperity PEO Services, L.P.*
1400 Crescent Green, Suite 215
Cary, NC 27518
Telephone: (919) 854-0044
Facsimile: (919) 854-0908
Email: patricia.holland@jacksonlewis.com

4833-7396-9428, v. 1

3