IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LATASHA SALES, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:13CV418 |
| AMERICAN SUPPORT, INC. and INSPERITY PEO SERVICES, L.P., formerly known as Administaff Companies II, L.P., | ) ) ) ) ) | |
| Defendants. | ) | |

ORDER

This matter is before the Court on Defendant Insperity PEO Services, L.P.'s Second Motion [Doc. #11] for an extension of time to answer or otherwise respond to Plaintiff's Complaint. Plaintiff consents to the Motion. The Court has reviewed Defendant's Motion and finds good cause to allow the requested extension.

IT IS THEREFORE ORDERED that Defendant Insperity PEO Services, L.P.'s Second Motion for Extension of Time to Move, Serve an Answer, or Otherwise Plead [Doc. #11] is GRANTED, and Defendant has to and including August 17, 2013, within which to answer or otherwise respond to Plaintiff's Complaint.

This the 22nd day of July, 2013.

/s/ Joi Elizabeth Peake
UNITED STATES MAGISTRATE JUDGE