IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
Civil Action No.: 1:13-cv-00418-CCE-JEP

| | |
|---|---|
| **LATASHA SALES, individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**AMERICAN SUPPORT, INC. and INSPERITY PEO SERVICES, L.P.,** *formerly known* **as Adminstaff Companies II, L.P.,**<br><br>Defendants. | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel in the above-referenced action for Defendant, American Support, Inc.

This 30th day of September, 2013.

BY: */s/ Stephen M. Cox*
Stephen M. Cox
N.C. State Bar No. 23057
ROBINSON BRADSHAW & HINSON, P.A.
140 East Main Street, Suite 420
Rock Hill, South Carolina 29730
Telephone: 803.325.2900
Facsimile: 803.325.2929
Email: scox@rbh.com

*Attorneys for Defendant American Support, Inc.*